# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| KEVIN R. HARDING, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>AETNA LIFE INSURANCE COMPANY )<br>AND RENT-A-CENTER, INC., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:15-CV-411-DBH |

## ORDER DISMISSING DEFENDANT RENT-A-CENTER, INC.

On February 9, 2016, the court issued an order to for the plaintiff show good cause in writing no later than February 23, 2016, why service on the defendant Rent-A-Center, Inc. was not timely made, failing which the complaint would be dismissed as to the defendant Rent-A-Center, Inc.

No response having been received from the plaintiff, the complaint against Rent-A-Center, Inc. is hereby **DISMISSED**.

SO ORDERED.

DATED THIS 24TH DAY OF FEBRUARY, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**